UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMERALD GROUP HOLDINGS, LLC d/b/a VITALCAP FUND,<br><br>    Plaintiff,<br><br>vs.<br><br>COMPLETE SERVICE HEAT & AIR, LLC d/b/a COMPLETE SERVICE HEAT & AIR AND CARL GARTON,<br><br>    Defendants. | Civil Case No.: 2:24-cv-05640-ARL |

### CONSENT TO CHANGE ATTORNEY

The undersigned hereby consent to the substitution of Maurice Wutscher, LLP, as Attorneys for Plaintiff, Emerald Group Holdings, LLC d/b/a VitalCap Fund in the above entitled matter.

MAURICE WUTSCHER, LLP
**/s/ Thomas R. Dominczyk**
Thomas R. Dominczyk, Esq.
5 Walter E. Foran Blvd., Suite 2007
Flemington, New Jersey 08822
(908) 237-4550
Superseding Attorney for Plaintiff
Date:

LIEBERMAN AND KLESTZICK, LLP


**/s/Abraham Beinhorn**
Abraham S. Beinhorn, Esq.
381 Sunrise Highway, 3rd Floor
Lynbrook, NY 11563
(516) 900-6720
Withdrawing Attorney for Plaintiff
Date:  November 5, 2024

*Daniel Eisen*
_____
Daniel Eisen
Emerald Group Holdings, LLC d/b/a VitalCap Fund

STATE OF ~~NEW YORK~~   Florida

COUNTY OF ~~NEW YORK~~   Seminole

    On the _____8th_____ day of _____November_____, 2024, before me the undersigned personally appeared Daniel Eisen, personally known to be or proven to me on the basis of satisfactory evidence that the individual whose name is subscribed to the within instrument and acknowledged to me that (s)he executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC



BRANDON COLEMAN
Notary Public - State of Florida
Commission # HH 246685
Expires on March 29, 2026

Notarized remotely online using communication technology via Proof.